*document 1*

The United State Constitution guarantees equal protection of the laws by the (14 Amendment), for that reason I am asking US Department of State to issue immediate entry visas for my brother and my sister's cases, which both were approved by immigration since 2011. I am asking US Department of State to issue the immediate entry visa as I am willing to provide the required documents immediately upon request. I am asking US Department of State to treat my cases equally as the decision regarding the immediate entry for the people from South Africa is consistent with President Trump's executive order 14204 and was guaranteed immediate entry visa for the involved people.

*Tamer Hassen*

05/22/2025

FILED IN CLERK'S OFFICE 2025 MAY 22 AM 9:57 U.S. DISTRICT COURT DISTRICT OF MASS.